

80 Pine Street | 33rd Floor | New York, NY | 10005 | T. (212) 269-5600 | F. (646) 964-6667 | www.mandelbhandari.com

April 29, 2021

**BY ECF**

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      **Re:**   *Cambridge Capital LLC v. Ruby Has LLC*
             <u>Case No.: 20 Civ. 11118 (LJL)</u>

Dear Judge Liman:

     We represent Cambridge Capital LLC ("Cambridge") in the above-captioned action. We write concerning the "Answer to Count 1 and Amended Counterclaims" [Dkts. 40-41] filed by Defendant yesterday afternoon.

     The Amendment does not remedy the defects in Defendant's Counterclaims as set forth in Cambridge's already-filed motion to dismiss. [Dkts. 36-37]. However, to the extent that the Court permits the Amendment,[1] Defendant respectfully requests two weeks to prepare a short (no more than five page) submission setting forth why the new factual contentions do not save the Counterclaim from dismissal.[2]

                                                             Respectfully submitted,

                                                            /s/ Robert Glunt
                                                            Robert Glunt

     cc:     Counsel of Record
             (via ECF)

---

[1] We note that the March 17, 2021 Case Management Plan and Scheduling Order [Dkt. 32] requires that any motion to amend the pleadings or add new parties be submitted before April 16, 2021. Defendant has not sought leave (by motion or otherwise) to submit this Amended Pleading and the time for it do so expired almost two weeks ago.

[2] Cambridge makes this request as a matter of administrative simplicity because of the small number of changes in the Amended Pleading. If the Court prefers, Cambridge can file a new motion instead, as set forth in Individual Rule 3(C).