```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/30/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
: 
CAMBRIDGE CAPITAL LLC, :
:
Plaintiff, :
: 20-cv-11118 (LJL)
-v- :
: ORDER
:
RUBY HAS LLC, :
:
Defendant. :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

     The Court will hold a status conference on October 12, 2021 at 3:00 p.m. at which, among other things, it will set deadlines for amended pleadings.  Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.

     SO ORDERED.

Dated: September 30, 2021　　　　　　　　　　　_____
       New York, New York　　　　　　　　　　　　　　LEWIS J. LIMAN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge