UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAMBRIDGE CAPITAL LLC,<br><br>    Plaintiff,<br><br>— against —<br><br>RUBY HAS LLC,<br><br>    Defendant. | Case No. 20 Civ. 11118 (LJL)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE THAT Counterclaim-Defendants Cambridge Capital LLC, Matthew Smalley, and Benjamin Gordon shall move the United States District Court for the Southern District of New York on a date to be determined by the Court for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure:

1. Dismissing Counterclaim-Plaintiff Ruby Has LLC's first counterclaim to the extent that it alleges fraud based on the alleged representations that "(ii) Gordon was a successful investor with a pristine reputation that was his 'crowning jewel,'" or that "(iii) Cambridge worked with existing management, rather than replacing them" as pled in paragraph 104 of Ruby Has's Second Amended Counterclaim, with prejudice;

2. Dismissing Counterclaim-Plaintiff Ruby Has LLC's second counterclaim in its entirety with prejudice; and

for such other relief as the Court deems just and proper.

This motion is based upon the accompanying Memorandum of Law and all prior proceedings and filings in this case.

**Dated:** New York, NY
December 8, 2021

        Respectfully submitted,
        MANDEL BHANDARI LLP
        80 Pine Street, 33rd Floor
        New York, New York 10005
        (212) 269-5600

        By:   /s/Rishi Bhandari
              Rishi Bhandari

*Attorneys for Counterclaim-Defendants*