```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
CAMBRIDGE CAPITAL LLC,                                           :
                                                                 :
                           Plaintiff,                            :
                                                                 :        20-cv-11118 (LJL)
              -v-                                                :
                                                                 :           ORDER
RUBY HAS LLC,                                                    :
                                                                 :
                           Defendant.                            :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/11/2022

LEWIS J. LIMAN, United States District Judge:

      Plaintiff Cambridge Capital requests an informal discovery conference and/or clarification of this Court's March 24, 2022 order. Dkt. No. 87. The request is denied, and no clarification of the Court's previous order is required. Plaintiff's request amounts to a motion for reconsideration. The Court granted Plaintiff's motion to compel the production of documents responsive to request 29–34 and 42 with the relevant time period being May 1, 2018 to April 21, 2021, the date on which Plaintiff's requests for production were served on Defendant Ruby Has, because Plaintiff's request sought documents "to present." Dkt. No. 86 at 10–11. In its letter motion, Plaintiff reiterates the arguments it previously presented and offers no "controlling decisions which counsel believes the Court has overlooked." Local Civ. R. 6.3.

      The Clerk of Court is respectfully directed to close Dkt. No. 87.

      SO ORDERED.

Dated: April 11, 2022  
      New York, New York                              _____
                                                                LEWIS J. LIMAN
                                                             United States District Judge