```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
CAMBRIDGE CAPITAL LLC,                                           :
                                                                 :
                        Plaintiff,                               :
                                                                 :            20-cv-11118  (LJL)
            -v-                                                  :
                                                                 :                 ORDER
RUBY HAS LLC,                                                    :
                                                                 :
                        Defendant.                               :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

    For the reasons stated in the Opinion and Order filed by the Court today, Plaintiff's motion for summary judgment is GRANTED IN PART and DENIED IN PART and Defendant's motion for summary judgment is GRANTED.

    In order to preserve the ability of the parties to move the Court for redactions from the Opinion and Order, the Opinion and Order is temporarily filed under seal. The parties shall meet and confer with respect to potential redactions and, by June 9, 2023, the parties shall file any proposed redactions pursuant to the Court's Individual Practices. The Court will rule on any outstanding motions to seal at the same time it rules on any proposed redactions to the Opinion and Order.

    SO ORDERED.

Dated: June 2, 2023
       New York, New York

                                                  LEWIS J. LIMAN
                                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/2/2023