```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
CAMBRIDGE CAPITAL LLC,                                                 :
                                                                       :
                            Plaintiff,                                 :
                                                                       :       20-cv-11118 (LJL)
            -v-                                                        :
                                                                       :            ORDER
RUBY HAS LLC,                                                          :
                                                                       :
                            Defendant.                                 :
                                                                       :
-----------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/9/2023

LEWIS J. LIMAN, United States District Judge:

This Order addresses the pending motions to seal in this case. *See* Dkt. Nos. 113, 122, 140, 141, 158. The Court GRANTS all of Defendant's proposed redactions submitted in response to and in support of the motions. *See* Dkt. Nos. 139, 141, 157. The Court also GRANTS Plaintiff's proposed redactions at Dkt. No. 138. The Court otherwise DENIES all other redactions.

The following constitutes the Court's orders to the parties and the Clerk of Court:

1. Plaintiff's motion to seal its motion for summary judgment (Dkt. No. 113)

Plaintiff is directed to refile Dkt. Nos. 116, 120-58, 120-59, 132, with all redactions removed, except for those redactions identified by Defendant in Dkt. No. 139. With respect to Dkt. No. 132, Plaintiff shall redact only the last sentence of the second paragraph on page 18. Plaintiff shall also refile Dkt. No. 120-47 in accordance with its proposed redactions at Dkt. No. 138-2.

The Clerk of Court is directed to unseal Dkt. No. 121, except for Dkt. Nos. 121-47, 121-58, 121-59, which shall remain under seal.

The Clerk of Court is directed to unseal Dkt. No. 138, except for Dkt. No. 138-1, which shall remain under seal.

2. Defendant's motion to seal its motion for summary judgment (Dkt. No. 122)

The Clerk of Court is directed to unseal Dkt. Nos. 128–131.

3. Plaintiff's motion to seal its opposition to Defendant's motion for summary judgment (Dkt. No. 140)

Plaintiff is directed to refile Dkt. Nos. 150-44, 150-59, with all redactions removed, except for those redactions identified by Defendant in Dkt. No. 157.

The Clerk of Court is directed to unseal Dkt. No. 151, except for Dkt. Nos. 151-51, 151-66, which shall remain under seal.

The Clerk of Court is directed to unseal Dkt. Nos. 153, 155.

4. Defendant's motion to seal its opposition to Plaintiff's motion for summary judgment (Dkt. No. 141)

Defendant is directed to refile Dkt. No. 149, with all redactions removed, except for those redactions identified in Dkt. No. 141.

The Clerk of Court is directed to unseal Dkt. Nos. 142, 143.

5. Plaintiff's motion to seal its reply in support of Plaintiff's motion for summary judgment (Dkt. No. 158)

The Clerk of Court is directed to unseal Dkt. Nos. 160, 162.

6. Remaining orders

The Clerk of Court is directed to unseal the Opinion and Order at Dkt. No. 170.

The Clerk of Court is directed to close Dkt. Nos. 113, 122, 140, 141, 158.

SO ORDERED.

Dated: June 9, 2023
New York, New York

LEWIS J. LIMAN
United States District Judge