UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CAMBRIDGE CAPITAL LLC,

                Plaintiff,

    -v-

RUBY HAS LLC,

                Defendant.
-----------------------------------------------------------X
RUBY HAS LLC,

                Counterclaim-Plaintiff,        20 **CIVIL** 11118 (LJL)

    -v-                                                  **JUDGMENT**

CAMBRIDGE CAPITAL LLC, BENJAMIN
GORDON, and MATTHEW SMALLEY,

                Counterclaim-Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Lewis J. Liman, United States District Judge and the jury having returned a verdict in favor of the Defendant on Plaintiff's claims and in favor of the Counterclaim-Defendants on the Counterclaim of Counterclaim-Plaintiff, the Complaint and the Counterclaim are hereby dismissed with prejudice and in favor of no party.

**DATED:** New York, New York
              September 5, 2023

                                                                     **RUBY J. KRAJICK**

**So Ordered:**                                                                  Clerk of Court

                                                         BY:

**U.S.D.J.**                                                                      Deputy Clerk